United States District Court
Southern District of Texas
**ENTERED**
September 18, 2017
David J. Bradley, Clerk

PS 42

# United States District Court
### Southern District Of Texas

| | |
|---|---|
| United States of America ) | |
| ) | |
| vs. ) | |
| ) | |
| Jaylen Christine Loring ) | Case No. 4:17-cr-00516-2 |

## REQUEST TO MODIFY CONDITIONS OF RELEASE

On August 3, 2017, Jaylen Christine Loring appeared before U.S. Magistrate Judge Dena Hanovice Palermo in Houston, Texas for her initial appearance and was remanded to custody pending a detention hearing. On August 9, 2017, Loring appeared before U.S. Magistrate Judge Stephen Smith for a detention hearing. She was released on a $50,000 unsecured bond with her mother, Connie Upson, to serve as a third party custodian and standard conditions of release. Loring is scheduled for Pretrial Conference before U.S. District Judge Keith P. Ellison on September 22, 2017 at 10:30 a.m.

On September 8, 2017, Loring reported to U.S. Probation a history of illegal drug use. She reported smoking marijuana every two weeks since early 2017, and last used in July of 2017.

U.S. Probation is requesting the Court amend the defendant's conditions of bond to include:

-Submit to any testing required by the Pretrial Services Office or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is (are) required as a condition of release.
-Participate in a program of inpatient or outpatient substance abuse therapy and counseling if the Pretrial Services Office or supervising officer considers it advisable.

U.S. Probation contacted Assistant U.S. Attorney Richard D. Hanes who is not opposed. U.S. Probation attempted to contact defense counsel Andre Antelle Wheeler, but he was not available.

[X] The above modification of conditions of release is ordered, to be effective on __9-20-17__.
[ ] The above modification of conditions of release is *not* ordered.

_____   9-18-17
Stephen Smith, United States Magistrate Judge       Date

Submitted by: Elizabeth Martinez, U.S. Probation Officer       9-13-17
                                                                Date
Barbara Schoephoerster, Supervisory U.S. Probation Officer     9-13-17
                                                                Date